# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152036(55)

SHAKEETA SIMPSON, as Personal
Representative of the ESTATE OF ANTAUN
SIMPSON,
        Plaintiff-Appellee,
and

SHAKEETA SIMPSON,
        Plaintiff,

v

ALEX PICKENS, JR. & ASSOCIATES, M.D.,
P.C., doing business as PICKENS MEDICAL
CENTER, BRIGHTMOOR GENERAL
MEDICAL CENTER, INC., doing business as
BRIGHTMOOR-PICKENS MEDICAL
CENTER, ALEX PICKENS, JR., M.D., and
LINDA S. HARTMAN, P.A.,
        Defendants-Appellants.
_____/

SC: 152036
COA: 320443
Wayne CC: 13-000307-NH

On order of the Chief Justice, the motion of Right to Life of Michigan to participate as amicus curiae and file an amicus brief is GRANTED. The amicus brief submitted on June 8, 2016, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2016



Clerk